IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SHERRIE J. MONTOYA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>**)** | CIV No. 14-836 LH/SMV |

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 22) to file her response to Plaintiff's Motion to Reverse and Remand (Docs. 20, 21), the Court ORDERS that Defendant shall have until May 20, 2015, and Plaintiff shall have until June 17, 2015 to file her reply.

SIGNED __April 20,_____, 2015.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 4/20/15*
MANUEL LUCERO
Assistant United States Attorney


*Electronically approved 4/20/15*
HELEN LAURA LOPEZ
Attorney for Plaintiff