# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**SHERRIE J. MONTOYA,**

    Plaintiff,

v.                                No. 14-cv-0836 LH/SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER is before the Court following an in-person show-cause hearing held on January 6, 2016. On December 16, 2015, the Court ordered attorney Helen Laura López, counsel for Plaintiff, to appear in person to show cause why she should not be sanctioned under Fed. R. Civ. P. 11 and/or held in contempt for her apparent violation of Rule 16-303 NMRA (incorporated by D.N.M.LR-Civ. 83.9). [Doc. 34]. The Court heard counsel, accepts her explanation, and will quash the order to show cause.

The Order to Show Cause [Doc. 34] is therefore **QUASHED**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**